UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, | JUDGMENT IN A CIVIL CASE |
| | Case No. CV-16-0113-GF-BMM-JTJ |
| Plaintiff, | |
| vs. | |
| MICHAEL ELIASON, et al., | |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

Dated this 15th day of October, 2016.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ T. Gesh
                                        T. Gesh, Deputy Clerk