IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| VICTOR CHARLES FOURSTAR, JR., | CV-16-0113-GF-BMM-JTJ |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL ELIASON, et al., | |
| Defendants. | |

On November 21, 2016, Plaintiff Victor Fourstar filed a motion for release on own recognizance; motion for injunction, declaratory & TRO relief; motion for intervention and/or interlocutory appeal; motion for counsel and expert services, and motion to seal. (Doc. 6.) This matter was closed on November 15, 2016 after Fourstar's Motion to Proceed in Forma Pauperis was denied. (Docs. 4, 5.)

Accordingly, IT IS HEREBY ORDERED that Mr. Fourstar's motion for release on own recognizance; motion for injunction, declaratory & TRO relief; motion for intervention and/or interlocutory appeal; motion for counsel and expert services, and motion to seal (Doc. 6) is DENIED AS MOOT.

DATED this 21st day of November, 2016.

_____
Brian Morris
United States District Court Judge