IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL ELIASON, et al., <br><br> Defendants. | CV-16-0113-GF-BMM-JTJ <br><br><br> ORDER |

Plaintiff Victor Fourstar, Jr., an inmate currently confined at the Cascade County Detention Facility has filed a "Motion to Alter or Amend Judgment pursuant to Rule 59(e) of Fed.Civ.R. of Proc.; and/or Motion to Amend Complaint pursuant to Rule 15(a) of Fed.Civ.P. of Proc.; Notice of Address Change." (Doc. 12.) This matter was closed on November 15, 2016 after Mr. Fourstar's Motion to Proceed in Forma Pauperis was denied. (Docs. 4, 5.)

Mr. Fourstar mentions a number of other cases in his motion but provides no basis upon which to alter the judgment or allow him to amend his complaint. Mr. Fourstar's motion to proceed in forma pauperis has been denied based upon 28 U.S.C. § 1915(g). He sets forth no facts or evidence to change that analysis.

Accordingly, the Court issues the following:

**ORDER**

Mr. Fourstar's "Motion to Alter or Amend Judgment pursuant to Rule 59(e) of Fed.Civ.R. of Proc.; and/or Motion to Amend Complaint pursuant to Rule 15(a) of Fed.Civ.P. of Proc." (Doc. 12) is **DENIED**.

DATED this 15th day of February, 2017.

Brian Morris
United States District Court Judge